

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

<div style="font-style: italic">
United States Attorney's Office
50 Main Street, Suite 1100
White Plains, NY 10606
</div>

August 28, 2025

**BY EMAIL**
The Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

**MEMO ENDORSED**

Re:   *United States v. Liam Treibert and Michael Vasconcellos*, 25 Cr. 383

Dear Judge Reznik:

On August 25, 2025, a grand jury returned a sealed indictment charging Liam Treibert and Michael Vasconcellos with one count of wire fraud, in violation of 18 U.S.C. § 1343 (the "Indictment"). Federal authorities arrested both defendants earlier this morning; Liam Treibert is expected to be presented later this morning in the Eastern District of North Carolina, while Michael Vasconcellos is expected to be presented in the Southern District of New York. As the defendants are now in custody, the Government respectfully requests that the Court enter the attached proposed order directing that the Indictment be unsealed.

Request to unseal is GRANTED.

*/s/ Victoria Reznik*

Dated:  August 28, 2025

Respectfully submitted,

JAY CLAYTON
Acting United States Attorney

by: _____
David A. Markewitz
Assistant United States Attorney
(212) 637-2260

2023.06.08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

LIAM TREIBERT and
MICHAEL VASCONCELLOS,

               *Defendants*.

**ORDER**
25 Cr. 383

Upon the application of the United States of America, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorney David Markewitz, it is hereby ORDERED that Indictment 25 Cr. 383 in the captioned case, which was filed under seal on August 25, 2025, be unsealed.

SO ORDERED:

Dated:  White Plains, New York
         August 28, 2025

_____
HON. VICTORIA REZNIK
UNITED STATES MAGISTRATE JUDGE

2023.06.08